UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JASON SHERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:15-CV-135-PLR-CCS |
| v. ) | |
| ) | |
| CAPTAIN GIBSON, CORRECTIONS ) | |
| OFFICER KING, CODY JORDAN, and ) | |
| JAMES HICKS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This is a prisoner's pro se civil rights action under 42 U.S.C. §1983. The matter is before the Court upon postal return of an order the Court mailed to Plaintiff at the address Plaintiff provided to the Court. The postal authorities returned the mail to the Court more than two weeks ago with the envelope marked "RETURN TO SENDER, Out" [Doc. 10 p. 2]. It is therefore clear that Plaintiff has failed to provide the Court with notice of his correct and current address. Without this information, neither the Court nor Defendants can communicate with Plaintiff regarding this case. The Court previously ordered Plaintiff to immediately inform the Court and Defendants or their counsel of record of any address changes in writing and warned Plaintiff that failure to do so within ten days of any change of address may result in dismissal of this action [Doc. 6 p. 7].

Accordingly, this action will be **DISMISSED** for want of prosecution and failure to comply with Court orders. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case *sua sponte* for lack of prosecution); *White v. City of Grand Rapids*, No. 01-229234, 34 F.App'x 210, 211, 2002 WL 926998, at *1 (6th Cir.

May 7, 2002) (finding that pro se prisoner's complaint "was subject to dismissal for want of prosecution because he failed to keep the district court apprised of his current address"); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

**E N T E R :**

_____
**UNITED STATES DISTRICT JUDGE**

2

Case 3:15-cv-00135-PLR-CCS   Document 11   Filed 03/29/16   Page 2 of 2   PageID #: 47